UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEROY BROOKS,

        Plaintiff,

v.                              Case No. 3:05-cv-92-J-20MMH

WARDEN MCCRAY, et al.,

        Defendants.

**ORDER**

1. Plaintiff's June 3, 2005, Motion for Appointment of Counsel (Doc. #33) and Motion to Proceed *In Forma Pauperis* (Doc. #34) are **DENIED**. *See* the Court's Order (Doc. #29), filed April 22, 2005.

2. Plaintiff's June 16, 2005, Motion for Relief from Order (Doc. #36) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 27 day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 6/23
c:
Leroy Brooks